No. 91–6412. CASTRO v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 91–6417. ZILICH v. NICHOLS. C. A. 3d Cir. Certiorari denied.

No. 91–6429. MADDOX v. UNITED STATES;
No. 91–6499. RUTHERFORD v. UNITED STATES; and
No. 91–6558. JOHNSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 944 F. 2d 1223.

No. 91–6435. JOHNSON v. RODRIGUEZ ET AL. C. A. 1st Cir. Certiorari denied.

No. 91–6456. STREET v. VOSE ET AL. C. A. 1st Cir. Certiorari denied.

No. 91–6463. BARRIOS v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 91–6468. CURTIS v. NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 91–6469. SMYTHE v. GREEN ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–6472. JOHNSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–6474. STONE v. DALLMAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 91–6479. DEYOUNG v. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 91–6480. CASTLE v. URQUHART ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 91–6481. VON CRONEY v. GARRETT, SECRETARY OF THE NAVY. C. A. 9th Cir. Certiorari denied.

No. 91–6485. HEARN ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.